IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

JOSE ALFARO and
RAFAEL MAS,

CASE NO.: 05-CA-8532
39

Plaintiff,

v.

BRIGGS & STRATTON CORPORATION,

Defendant.
_____/

## COMPLAINT

Jose Alfaro and Rafael Mas, file this Complaint against Briggs & Stratton Corporation for products liability and would show that:

1. This is an action at law for products liability with damages in excess of Fifteen Thousand Dollars ($15,000.00) exclusive of court costs, and is within the jurisdiction of this court.

2. Both Plaintiffs were residents of Orange County, Florida on the date of incident which gives rise to this cause of action. Venue is proper in Orange County since the site of the damages was in Orange County, Florida.

3. Defendant is a foreign corporation which is incorporated and has its principal place of business in the State of Wisconsin but is registered to do business in the State of Florida and conducts business regularly through the sale of various products in the State of Florida.

4. The product involved in this action is a generator. The Defendant is the manufacturer of this product.

5. The Plaintiff, Jose Alfaro, was in residence with Plaintiff, Rafael

Mas at 2613 Grassmere Lane, Orlando, FL 32808 at the time hurricane Jeanne went through Central Florida in late September 2004.

6. The Plaintiff, Jose Alfaro, had purchased the generator as a source of a temporary power outlet in the event electricity went out during the hurricanes that went through Central Florida during the summer of 2004. The product was purchased after Hurricane Charlie but prior to Hurricane Frances.

7. The Defendant, Briggs & Stratton Corporation, sold generators through Briggs & Stratton Power business unit knowing that it would be used without inspection for defects by a consumer such as Plaintiff, Jose Alfaro.

8. Based on information and belief the product, a Briggs & Stratton generator, was expected to and did reach the Plaintiff without substantial change in its condition from the time of manufacture to the date on which it was sold. Further, the Plaintiff, Jose Alfaro did not make any changes to the product prior to using the product.

9. On September 26, 2004 after Hurricane Jeanne knocked the power out the Plaintiff, Jose Alfaro, was at the home of Plaintiff, Rafael Mas, when the generator suddenly and unexpectedly exploded and burst into fire. The generator had been operating for a couple of hours.

10. The Plaintiff, Jose Alfaro, has used this product on occasions prior to September 26, 2004 and was familiar with operations of a generator product. The generator of Defendant had a manufacturing defect or design defect as it was in a defective condition unreasonably dangerous to the Plaintiff, Jose Alfaro's person, and did damage to Plaintiff, Rafael's Mas's real and personal property since when it was sold the conditions of an explosion were not contemplated by the users or consumers of this

2

product at the time of purchase, and dangers exhibited by the use of this product extend beyond the dangers contemplated by the ordinary consumer who purchase the product with knowledge common to the community with respect to the products characteristics.

11. As a result of the generator's defective condition the Plaintiffs have suffered damages. The Plaintiff, Jose Alfaro, fell to the ground unconscious while attempting to retrieve property and while suffering minor physical injuries (having been rescued from certain death by a neighbor) has suffered emotional distress, mental anguish, loss of enjoyment of life and a loss of self-esteem. Plaintiff, Jose Alfaro, also suffered the loss of personal property. The Plaintiff, Rafael Mas, has suffered the loss of his home all appurtenances to his home, and all contents within the home including motor vehicles as the fire which resulted from the explosion of the generator burnt the home of Plaintiff, Rafael Mas along with its contents, completely destroying the structure, appurtenances, and all contents therein. Since the Plaintiff, Jose Alfaro shared the residence with the Plaintiff, Rafael Mas, both Plaintiffs lost considerable sums of money having to obtain alternative housing.

WHEREFORE, the Plaintiff, Jose Alfaro and Plaintiff, Rafael Mas, seek a judgment for all damages for personal injury and property damage as a result of the defective generator manufactured by Defendant, Briggs & Stratton Corporation.

**FURTHER, PLAINTIFFS DEMAND A JURY TRIAL.**

_____  
Edward R. Gay, Esquire  
Fla. Bar No. 342084  
1516 E. Concord Street  
Orlando, Florida 32803  
407/898-1871  
407/897-7042 (telefax)  
TRIAL COUNSEL FOR PLAINTIFFS  

Jose Alfaro  
Plaintiff



STATE OF FLORIDA  
COUNTY OF ORANGE

 BEFORE ME, the undersigned officer, duly authorized to administer oaths and take acknowledgments, personally appeared, JOSE ALFARO,

_____ who is personally known;  
 ✓   who is not known to me but who produced a FL DL A416 421 61 456 0 as identification;  
_____ who did take an oath;  
_____ who did not take an oath;

who after being sworn by me, deposes and says that he has read the contents and they are true and correct.

 SWORN TO AND SUBSCRIBED this ____ day of October, 2005.

_____  
Notary Public  
My Commission Expires

_____  
Rafael Mas  
Plaintiff

STATE OF FLORIDA  
COUNTY OF ORANGE

 BEFORE ME, the undersigned officer, duly authorized to administer oaths and take acknowledgments, personally appeared, RAFAEL MAS,

4

    _____ who is personally known;
      ✓    who is not known to me but who produced a  FLDLM200720740440
                 as identification;
    _____ who did take an oath;
    _____ who did not take an oath;

who after being sworn by me, deposes and says that he has read the contents and they are true and correct.

    SWORN TO AND SUBSCRIBED this \_\_4th\_\_ day of October, 2005.

*Margaret K Pitts*
Notary Public
My Commission Expires