UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE ALFARO, DARVIA
R. ROGUE MAS, and                     CASE NO.: 6:05-CV-1639-ORL-28DAB
RAFAEL MAS,

  Plaintiffs,

v.

BRIGGS & STRATTON POWER
PRODUCTS GROUP, LLC.

  Defendant.
_____/

## AMENDED COMPLAINT

Jose Alfaro, Dalvia R. Rogue Mas, and Rafael Mas, file this Amended Complaint against Briggs & Stratton Power Products Group, LLC for products liability and would show that:

### COUNT I.

1. This is an action at law for products liability with damages in excess of Seventy Five Thousand Dollars ($75,000.00) exclusive of court costs.

2. Jurisdiction is based on diversity, 28 U.S.C. § 1332, this cause having been removed from state court by Defendant.

3. All Plaintiffs were residents of Orange County, Florida on the date of incident which gives rise to this cause of action.  Venue is proper in Orange County since the site of the damages was in Orange County, Florida.

4. Defendant is a foreign corporation which is incorporated and has its

principal place of business in the State of Wisconsin but is registered to do business in the State of Florida and conducts business regularly through the sale of various products in the State of Florida.

5.  The product involved in this action is a generator. The Defendant is the manufacturer of this product.

6.  The Plaintiffs are co-owners of a residence located at 2613 Grassmere Lane, Orlando, FL 32808 at the time hurricane Jeanne went through Central Florida in late September 2004. All Plaintiffs were in residence at 2613 Grassmere Lane, Orlando, FL 32808 at the time of said hurricane.

7.  The Plaintiff, Jose Alfaro, had purchased the generator as a source of a temporary power outlet in the event electricity went out during the hurricanes that went through Central Florida during the summer of 2004. The product was purchased after Hurricane Charlie but prior to Hurricane Frances.

8.  The Defendant, Briggs & Stratton Power Products Group, LLC, sold generators knowing that it would be used without inspection for defects by a consumer such as the Plaintiffs.

9.  Based on information and belief the product, a Briggs & Stratton generator, was expected to and did reach the Plaintiffs without substantial change in its condition from the time of manufacture to the date on which it was sold. Further, neither Plaintiff made any changes to the product prior to using the product.

10. On September 26, 2004 after Hurricane Jeanne knocked the power out the Plaintiff, Jose Alfaro, was at the said Plaintiff's home, when the generator suddenly and

unexpectedly exploded and burst into fire. The generator had been operating for a couple of hours.

11. The Plaintiff, Jose Alfaro, has used this product on occasions prior to September 26, 2004 and was familiar with operations of a generator product.

12. The generator of Defendant had a manufacturing defect or design defect as it was in a defective condition unreasonably dangerous to the Plaintiff, Jose Alfaro's person, and did damage to Plaintiff's, Jose Alfaro's real and personal property since when it was sold the conditions of an explosion were not contemplated by the users or consumers of this product at the time of purchase, and dangers exhibited by the use of this product extend beyond the dangers contemplated by the ordinary consumer who purchase the product with knowledge common to the community with respect to the products characteristics.

13. As a result of the generator's defective condition Plaintiff, Jose Alfaro has suffered damages. The Plaintiff, Jose Alfaro, fell to the ground unconscious while attempting to retrieve property and while suffering minor physical injuries (having been rescued from certain death by a neighbor) has suffered emotional distress, mental anguish, loss of enjoyment of life and a loss of self-esteem. The Plaintiff, Jose Alfaro, has suffered the loss of his home, all appurtenances to his home, and all contents within the home which resulted when the explosion of the generator burnt the home of Plaintiff, Jose Alfaro along with its contents, completely destroying the structure, appurtenances, and all contents therein. Plaintiff, Jose Alfaro also lost considerable sums of money having to obtain alternative housing.

WHEREFORE, the Plaintiff, Jose Alfaro, seeks a judgment for all damages for

personal injury and property damage as a result of the defective generator manufactured by Defendant, Briggs & Stratton Power Products Group, LLC.

## **COUNT II**.

14. This is an action at law for products liability with damages in excess of Seventy Five Thousand Dollars ($75,000.00) exclusive of court costs brought by Plaintiff, Dalvia R. Rogue Mas.

15  Jurisdiction is based on diversity, 28 U.S.C. § 1332, this cause having been removed from state court by Defendant.

16. Plaintiff, Dalvia R. Rogue Mas realleges paragraphs 3 through 10 of Count I.

17. Plaintiff, Dalvia R. Rogue Mas' husband, Jose Alfaro, has used the product on occasions prior to September 26, 2004 and was familiar with the operations of a generator product.

18. The generator of Defendant had a manufacturing defect or a design defect as it was in defective condition and unreasonably dangerous to Plaintiff, Dalvia R. Rogue Mas, and did damage to Plaintiff, Dalvia R. Rogue Mas' real and personal property since when it was sold the conditions of an explosion were not contemplated by the users or consumers of this product at the time of purchase, and dangers exhibited by the use of this product extend beyond the dangers it was contemplated by the ordinary consumer who purchased the product with knowledge common to the community with respect to the product's characteristics.

19. As a result of the generator's defective condition Plaintiff, Dalvia R.

Rogue Mas has suffered damages. These damages result from the loss of the home on which this Plaintiff co-owned which includes all appurtenances to the home, and contents within the home all of which were lost when an explosion of the generator burnt the home of this Plaintiff along with its contents, completing destroying the structure, appurtenances, and all contents therein. This Plaintiff also shared in the loss with her husband, Jose Alfaro, for considerable sums of money in having to obtain alternative housing.

WHEREFORE, the Plaintiff, Dalvia R. Rogue Mas, seeks a judgment for all damages for property damages and monetary losses as a result of the defective generator manufactured by Defendant, Briggs & Stratton Power Products Group, LLC.

### COUNT III.

20. This is an action at law brought by Plaintiff, Rafael Mas for products liability for damages in excess of Seventy Five Thousand Dollars ($75,000.00) exclusive of court costs.

21. Jurisdiction is based on diversity, 28 U.S.C. § 1332, this cause having been removed from state court by Defendant.

22. Plaintiff, Rafael Mas realleges paragraphs 3 through 11 of Count I.

23. The generator of Defendant had a manufacturing defect or a design defect as it was in defective condition and unreasonably dangerous to Plaintiff, Ralfael Mas, and did damage to Plaintiff, Rafael Mas' real and personal property since when it was sold the conditions of an explosion were not contemplated by the users or consumers of this product at the time of purchase, and dangers exhibited by the use of this product extend

beyond the dangers it was contemplated by the ordinary consumer who purchased the product with knowledge common to the community with respect to the product's characteristics.

24. As a result of the generator's defective condition Plaintiff, Rafael Mas has suffered damages.  This damage includes the loss of a home with all appurtenances to the home and all contents within the home which resulted when the explosion of the generator burnt the home of this Plaintiff, Rafael Mas, along with its contents, completely destroying the structure, appurtenances, and all contents therein.  Further, Plaintiff, Rafael Mas lost considerable sums of money in having to obtain alternative housing.

WHEREFORE, the Plaintiff, Rafael Mas, seeks a judgment for all damages for property damages and monetary losses as a result of the defective generator manufactured by Defendant, Briggs & Stratton Power Products Group, LLC.

**FURTHER, PLAINTIFFS DEMAND A JURY TRIAL**.

s/Edward R. Gay
Edward R. Gay, Esquire
Fla. Bar No. 342084
1516 E. Concord Street
Orlando, Florida 32803
407/898-1871
407/897-7042 (telefax)
TRIAL COUNSEL FOR PLAINTIFFS
E-mail: lawfirmofedgay@Bellsouth.net

**CERTIFICATE OF SERVICE**

I certify that on December 16, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following:  Mark J. Ragusa, Esq., Ruden, McClosky, Smith, Schuster & Russell, P.A., 401 East Jackson St. – 27th Floor, Tampa, FL 33602.

s/Edward R. Gay
Edward R. Gay, Esquire
Fla. Bar No. 342084
1516 E. Concord Street
Orlando, Florida 32803
TRIAL COUNSEL FOR PLAINTIFFS
407/898-1871
407/897-7042 (telefax)
E-mail: lawfirmofedgay@Bellsouth.net

7