**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSE ALFARO, DARVIA R. ROGUE**
**MAS, and DR. MARJORIE BUTLER as**
**guardian for RAFAEL MAS,**
         **Plaintiffs,**

**-vs-**                                                              Case No.  6:05-cv-1639-Orl-28DAB

**BRIGGS & STRATTON CORPORATION,**

         **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PRETRIAL SUBMITTALS (Doc. No. 49)**
>
> **FILED:      August 10, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and the deadline for the Joint Pretrial Statement and Motions in Limine is extended to August 27, 2007.  As to the request to schedule a Final Pretrial Conference, the Motion is **DEFERRED** to the District Judge.

   **DONE** and **ORDERED** in Orlando, Florida on August 21, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record