UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE ALFARO, DARVIA R. ROGUE MAS, and DR. MARJORIE BUTLER as guardian for RAFAEL MAS,
          Plaintiffs,

-vs-                                      Case No. 6:05-cv-1639-Orl-28DAB

BRIGGS & STRATTON CORPORATION,
          Defendant.

## ORDER

This case is before the Court on Motion for Attorney's Fees and Costs of Defendant, Briggs & Stratton Power Products Group, LLC (Doc. No. 103) filed November 9, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted as modified by docket entry no. 109.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 15, 2008 (Doc. No. 110) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Attorney's Fees and Costs of Defendant, Briggs & Stratton Power Products Groups, LLC is **GRANTED as modified by docket entry no. 109.**

3. The Clerk is directed to enter Final Judgment in favor of Briggs & Stratton Power Products, LLC against the Plaintiffs, Jose Alfaro and Delvia R. Roque Mas, jointly and severally, for attorneys' fees in the amount of $136,500.00.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___14___ day of March, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party